**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Shaul Rosenberg, individually and on behalf of all
others similarly situated,

    Plaintiff,

    -against-

Admin Recovery, LLC,

    Defendant.

Case No: 2:19-cv-16712-ES-ESK

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the

above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of

Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 24, 2020

**WINSTON & WINSTON, P.C.**

By: ___/s Aleksanders Powietrzynski_____
Aleksanders Powietrzynski, Esq.
295 Madison Avenue, Suite 930,
New York, New York 10017
Tel: (212) 922-9482
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:___/s Craig B. Sanders_____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email:
*ConsumerRights@BarshaySanders.com*
Our File No: 118034
*Attorneys for Plaintiff*